UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARLOS ROMIOUS, ET AL.                         CIVIL ACTION

VERSUS                                         NO: 20-2066

BRIAN WILLIAMS, ET AL.                         SECTION: "J"(1)

### ORDER

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight (8) days prior to the date set for hearing on the motion. No acceptable memorandum in opposition to Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) **(Rec. Doc. 39)**, set for submission on February 10, 2021, was submitted. Although Plaintiffs filed a motion for leave to file excess pages, the motion stipulated that the proposed memorandum was "at least 75" pages, the opposition was untimely without an included explanation for the untimeliness, and Plaintiffs failed to attach the proposed memorandum. (Rec. Doc. 46). Thus, the Court denied Plaintiffs' motion for leave to file excess pages. (Rec. Doc. 48). Since the Court denied their motion on February 9, 2021, Plaintiffs have not attempted to file their memorandum in opposition. Accordingly, Defendants' motion to dismiss is deemed to be unopposed. Further, it appearing to the Court that Defendants' motion has merit,

**IT IS ORDERED** that Defendants' *Motion to Dismiss* **(Rec. Doc. 39)** is hereby **GRANTED**. All claims asserted by Plaintiffs against Defendants John Bel Edwards and Courtney N. Phillips are hereby **DISMISSED** with prejudice.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 17th day of February, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE